In the Matter of HENRY HIRSCHBERG et al., Appellants, FRANKLIN A. SCHRIVER, District Attorney of Orange County, Respondent.

(Argued April 25, 1932; decided June 1, 1932.)

*Henry Hirschberg* for appellants.

*Franklin A. Schriver, District Attorney,* for respondent.

Appeal dismissed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.